**ATTORNEY GRIEVANCE COMMISSION OF MARYLAND**

**v.**

**MICHAEL SCOTT BIRCH**

\*     **IN THE**

\*     **COURT OF APPEALS**

\*     **OF MARYLAND**

\*     **Misc. Docket AG No. 70,**

\*     **September Term, 2020**

**O R D E R**

Upon consideration of the Joint Petition for Disbarment by Consent filed by the Attorney Grievance Commission of Maryland and the Respondent, Michael Scott Birch, it is this 4th day of February, 2021

**ORDERED**, by the Court of Appeals of Maryland, that effective February 25, 2021, the Respondent, Michael Scott Birch, be disbarred from the practice of law in the State of Maryland for violations of Rules 1.15(a) and 8.4(a), (b), (c) and (d) of the Rules of Professional Conduct; and it is further

**ORDERED**, that, on February 25, 2021, the Clerk of this Court shall remove the name of Michael Scott Birch from the register of attorneys in this Court and certify that fact to the Trustees of the Client Protection Fund of the Bar of Maryland and all Clerks of all judicial tribunals in this State in accordance with Maryland Rule 19-761.

Pursuant to Maryland Uniform Electronic Legal Materials Act (§§ 10-1601 et seq. of the State Government Article) this document is authentic.



/s/ Robert N. McDonald
Senior Judge

Suzanne C. Johnson, Clerk